UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                            Case No. 8:08-cr-435-T-30MAP

PETER BATTLE, III,

    Defendant.

## **PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Preliminary Order of Forfeiture (Dkt. #61), which, upon entry, shall become a final order as to defendant Peter Battle, III's, right, title, and interest in $2,090.00 in United States currency.

Being fully advised in the premises, the Court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between the conspiracy to possess with intent to distribute illegal drugs and the property sought for forfeiture. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant Peter Battle, III, in the referenced currency is hereby forfeited to the United States for disposition

according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the property and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on March 16, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record

F:\Docs\2008\08-cr-435.forfeit 61.wpd