UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                              Case No. 8:08-cr-435-T-30MAP

PETER BATTLE, III,

    Defendant.

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 75) pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2), 21 U.S.C. § 853 and 21 U.S.C. § 853(n)(7), for $2,090.00 in U.S. currency.

    1.    On March 16, 2009, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America all right, title, and interest of defendant Peter Battle, III, in the $2,090.00 in U.S. currency. (Doc. 62).

    2.    In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the currency, on the official government website, www.forfeiture.gov, from March 17, 2009 through April 15, 2009. (Doc. 69). The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa,

Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

3. No persons or entities, other than the defendant Peter Battle, III, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the $2,090.00 in U.S. currency. No third party has filed a Petition of Ownership, and the time for filing such Petition has expired.

4. The Court finds that the $2,090.00 in U.S. currency is the property of defendant Peter Battle, III.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 75) is GRANTED. It is FURTHER ORDERED that all right, title and interest in the $2,090.00 in U.S. currency is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2), 21 U.S.C. § 853 and 21 U.S.C. § 853(n)(7), for disposition according to law.

Clear title to the $2,090.00 in U.S. currency is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on May 19, 2009.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cr-435.fj forfeit 75.wpd